Alfred (Erika) Caraffa ADC #350727
Name and Prisoner/Booking Number

ASPC-Eyman Browning SMU2
Place of Confinement

PO Box 3400
Mailing Address

Florence AZ. 85132 USA
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED

Jul 10 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ADC# 350727 et. al.,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Ryan Thornell et. al,
(Full Name of Defendant)

(2) Employees of ADCRR et, al.

(3) State of Arizona et. al.,

(4) Gov. Katie Hobbs,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-1682-PHX-MTL (ESW)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

3) Jury trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Official / Individual and Unconstitutional Capacity //
   28 USCS section 1771-
2. Institution/city where violation occurred: ASPC-Eyman / State of Arizona

1A of 7

Revised 12/1/23

550/555

## Plaintiff(s) Additional

2) the entire prisoner population of ADCRR, State of Arizona.

## Additional Jurisdiction (A)

Class Action(s) and Federal Rules of Civil Procedure Rule 23 and 23(a). and under Criminal Violation(s) of 18 USCS section 241; 242; 245; 249; 250; 371; 402; 431; 436; 641; 669; 712; 716; 912; 913; 1002; 1017; 1018; 1028; 1031; 1035; 1038; 1113; 1117; 1201; 1203; 1505; 1506; 1509; 1512; 1513; 1514; 1514(A); 1519; 2248; 2244; 2242; 2332(b); see - (2331); (2337); (2338); and (2340A), (2340B); also -(2381); (2383) and (2385) - Advocating overthrow of Government. which Includes Act(s) of Treason (2381) and Acts of Rebellion against the Same (2383)

During A Matter of National security under 6 USCS Section 103, 103A, 104, 105 and 106 For the Biodefense of the Federal Government

I(a) of 7

## B. DEFENDANTS

1. Name of first Defendant: **Ryan Thornell**. The first Defendant is employed as: **Director of ADCRR** (Position and Title) at **unconstitutional State employee** (Institution)

2. Name of second Defendant: **Employees of ADCRR**. The second Defendant is employed as: **Correctional officers of ADCRR** (Position and Title) at **unconstitutional State employees** (Institution)

3. Name of third Defendant: **State of Arizona**. The third Defendant is employed as: **the State of Arizona ~~In~~ official Capacity** (Position and Title) (Institution)

4. Name of fourth Defendant: **Gov. Katie Hobbs**. The fourth Defendant is employed as: **Governor of the State of AZ. ~~In~~ official/Individual Capacity** (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **over 280**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **ADC #350727** v. **Ryan Thornell et. al**
      2. Court and case number: **4-24-CV-00245-TUC-JGZ-PSOT**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending re-assignment of Judge**

   b. Second prior lawsuit:
      1. Parties: **ADC #350727** v. **Ryan Thornell et. al**
      2. Court and case number: **2-24-CV-01054-PHX-MTL-ESW**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending Re-assignment of Judge**

   c. Third prior lawsuit:
      1. Parties: **ADC #350727** v. **Ryan Thornell et. al**
      2. Court and case number: **4-24-CV-00236-TUC-JGZ-PSOT**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending Re-assignment of Judge**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amendment, U.S. Constitution - Cruel and Unusual punishment.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Violation of U.S. District Court order/Injunction

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. While Acting with Deliberate Indifference under An Assumed Color And Authority of State Law and in Violation of An ordinance Employees of the ADCRR and the State of Arizona Under the Leadership of Governor Katie Hobbs Violated An United States District Court order in Place and Commanding full Compliance by Not Providing A third Meal on July 4th 2024 to the All prisoners of the Population of the State of Arizona

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Deprived U.S. Constitutional Immunity to Be free from Cruel and Unusual punishment

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. this facility has No Federal Jurisdiction

3A of 7A

## COUNT II

1. State the constitutional or other federal civil right that was violated: **14th Amendment U.S. Constitution - Equal protection of Law**

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Violation of A federal Court order**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In Violation of An United States District Court ORDER and Injunction Under An Assumed Color of Law and in Violation of an Ordinance of Law on July 4th 2024 Did Not Provide the Court ordered third Meal for that Day. As the prisoner(s) in the State of New Jersey, Pennsylvania and Delaware, New York State were Provided three Meals everyday (7) days A week.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Violation of the United States Constitutional Law of Equal Protection of Law

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ ~~No~~
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **This facility has No federal Jurisdiction**

4A of 7A

## COUNT III

1. State the constitutional or other federal civil right that was violated: __14th Amendment of the United States Constitution - Due process of Law__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: __Depriving Liberty__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Under the Assumed Color of Law by the Defendant(s) in violation of an Ordinance of the State Constitution. Deprived Liberty to the Population of Prisoner(s) in Custody of the State of Arizona's Arizona Dept. of Corrections by Non-Compliance to the Laws set out in the State and federal Constitution on July 4th 2024.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). __Deprivation(s) of Liberty without Due process of Law by the Defendants__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __This State has No federal Jurisdiction__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5ᴬ of 7ᴬ

## E. REQUEST FOR RELIEF

State the relief you are seeking:
On Behalf of the class of Plaintiff(s) under 28 USC § 1771 - class Action(s) and Federal Rules of Civil Procedure Rule 23 Class Actions I seek the sum of 475,141,300.00 As Damages for the class at 3¢ Dollars per Violation at 10,000 to one ratio per class Member and Subclass Member Statewide. Also I seek the sum of $70 Dollars at 10,000 to one ratio for the class Members and Subclass Member in the UNCONstitutional custody of the State of Arizona Both Judgment(s) against the state of Arizona in official Capacity. at A total ~~(~~ ~~)~~

of $34,385,000,000.00 for July 4th 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 5th 2024
DATE

Signature of Plaintiff: ADC#350727

Alfred E. Caraffa ADC# 350727
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A at this time
(Signature of attorney, if any)

N/A at this time
(Attorney's address & telephone number)

State of Arizona
County of Pinal
Acknowledged ~~Subscribed and sworn~~ before me this 10th day of July, 2024,
by Alfred Eric Caraffa.

Notary Public

K. PETTIT
Notary Public - State of Arizona
PINAL COUNTY
Commission # 829132
Expires June 28, 2026

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. ~~If you need more space, you~~ may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6A of 7A