United States District Court In and For the District of Arizona

| | |
|---|---|
| Alfred E. Caraffa ADC#350727 et. al., Plaintiff(s) V. Ryan Thornell et. al., Defendants | Case Number 2-24-CV-01682-PHX-MTL (ESW) Motion of Default Judgment in a Class Action suit of Law and fact. Federal Rules of Civil procedure Rule 55(d). |

I, Alfred (Erika) Caraffa ADC#350727 Being Pro se counsel for myself Here do Enter this Default Judgment in this class action on Behalf of myself. For the NON-compliance of the Defendant(s) ADCRR and Employees

1 of 3

of the ADCRR at Eyman Browning SMU2 Complex in violation of the stated court order of the United States District Court of Arizona in case Jensen et al., v. Thornell et al., 2-12-cv-00601-PHx-ROS Document 4410 subsection 26.1 food service and meals.

The Defendants Did Not provide a Brunch Meal nor did they provide a third meal for that Holiday of July 4th 2024.

Therefore I seek A default Judgment against the State of Arizona under the leadership of Gov. Katie Hobbs who Allows the unlawful Behavior in the unconstitutional Jurisdiction.

Now that Correctional officer(s) have Notice in writing as of 7/11/24 of their unconstitutional Employments in Informal Grievance Action.

I seek the sum of $22,736.22 Plus Any taxes for a purchase of

Keefe Commissary items at
1000 Packs of Camels cigarettes
1000 Packs of Eagle 20's cigarettes
1000 Packs of Grand Prix cigarettes
244 Packs of Midnight specials
and 1000 Milky way candy Bars.
Plus 100 Bic pens for A total
of 22,736.72 plus Any taxes to
be paid by the Defendants in
violation of A federal Court order
as An disobiedence act to the
U.S. District Court and violation(s)
of My U.S. Constitutional Rights
as my settlement in the class
Action.

Alfred (Erik) Craffe 350727    July 17th 2024
NAME                 ADC #              Date

350727              7/15/2024
SIGNATURE    ADC #         Date

State of Arizona
County of Pinal
Subscribed and sworn before me this 15th
day of July, 20 24
by Alfred Eric Craffe

Notary Public

K. PETTIT
Notary Public - State of Arizona
PINAL COUNTY
Commission # 629132
Expires June 28, 2026

3 of 3