# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Erik Caraffa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　Defendants. | **NO. CV-24-01682-PHX-MTL (ESW)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 19, 2024, judgment of dismissal pursuant to 28 U.S.C. § 1915(g) is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 19, 2024

　　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　　By　　Deputy Clerk